

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
12/15/2008

United States Courts
Southern District of Texas
FILED

DEC 1 1 2008

Michael N. Milby, Clerk

IN RE: )
)
OMAR & BLANCA RODRIGUEZ ) Case No: 06-10610 b-13
)
) Chapter 13
) #51
Debtor(s) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of **ADAMS & COHEN**, seeking payment of $583.80

representing funds previously unclaimed by

Omar & Blanca Rodriguez
4902 Dove Springs Drive
Austin, TX 78744

a creditor or debtor in the above-entitled case, and, it appearing from the application and supporting

documentation that **Omar & Blanca Rodriguez** is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $583.80 to:

Omar & Blanca Rodriguez
c/o ADAMS & COHEN
9273 Collins Avenue, Suite 1109
Miami Beach, FL 33154

Signed this 15 of December, 2008

United States Bankruptcy Judge